NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARTIN J. WALSH, SECRETARY OF
LABOR, UNITED STATES DEPARTMENT
OF LABOR,

              Petitioner,

       v.

LIFOVUM FERTILITY MANAGEMENT,
LLC,

              Respondent.

Case No.: 2:21-mc-00991-ODW
(JPRx)

**ORDER TO SHOW CAUSE RE
THE SECRETARY'S PETITION
TO ENFORCE
ADMINISTRATIVE SUBPOENA
*DUCES TECUM***

       Petitioner, Martin J. Walsh, Secretary of Labor, United States Department of Labor, has applied to this Court for an Order requiring Respondent Lifovum Fertility Management, LLC to produce the records, papers and documents set forth in Attachment 1 to the subpoenas *duces tecum* issued by the Regional Director, Employee Benefits Security Administration, United States Department of Labor, and duly served

1

upon Respondent.  Having considered the matters set forth in the Secretary's pleadings herein, it is hereby

ORDERED that Respondent appear and SHOW CAUSE, if any there be, why it should not be ordered by this Court to comply with the subpoena *duces tecum* issued to Respondent by the Regional Director, Employee Benefits Security Administration, U.S. Department of Labor; and it is further

ORDERED that Respondents serve and file with the Clerk of this Court, no later than **August 30, 2021**, a response to the Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further

ORDERED that the Secretary serve and file with the Clerk of this Court, within 15 days of Respondent's response to the Petition, a brief addressing Respondent's response; and it is further

ORDERED that Respondent appear at a hearing to be held on the Petition on Septemb**er 20, 2021, at 1:30 p.m.** in courtroom number 5D, located at 350 West 1st Street, Los Angeles, CA 90012-4311; and it is further

ORDERED that the U.S. Department of Labor shall forthwith serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondent.

Dated:  August 2, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

2